TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00148-CR







Charley W. Kuykendall, Appellant



v.



The State of Texas, Appellee






FROM THE COUNTY COURT OF SAN SABA COUNTY


NO. 6398, HONORABLE HARLEN BARKER, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's untimely first motion for extension of time to file brief is granted. 
Appellant's counsel, Mr. Richard D. Mock, is ordered to tender a brief in this cause no later than July
15, 2002. No further extension of time will be granted.

It is ordered June 21, 2002. 


Before Justices Kidd, Patterson and Puryear

Do Not Publish